IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 JUN 22 P 2: 33

CLERK _CAdams_
SO. DIST. OF GA.

LEE ANN HAMILTON,                        *
                                         *
        Plaintiff,                       *
                                         *
    v.                                   *          CV 321-069
                                         *
LANIER COLLECTION AGENCY AND             *
SERVICE, INC.,                           *
                                         *
        Defendant.                       *

---

O R D E R

---

On June 21, 2022, the parties filed a "Stipulation of Dismissal" signed by both parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of June, 2022.

UNITED STATES DISTRICT JUDGE